JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave. Suite 109
Las Vegas, Nevada 89104
Tel:   (702) 430-6896
Fax:   (702) 727-3903
jgronich@gronichlaw.com
*Attorney for Plaintiff Patrick Kathy Severson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHY SEVERSON an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE DENTAL GROUP, LLC.;<br>EMPLOYEE(S) / AGENT(S) DOES 1-10; and<br>ROE CORPORATIONS 11-20, inclusive<br><br>Defendants. | Case No. 2:22-cv-01916-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE**<br><br>**(First Request)** |

COMES NOW Plaintiff Kathy Severson and Defendant Absolute Dental Group, LLC, by and through their respective attorneys of record, and hereby stipulate to extend the deadline for Plaintiff to file her Response to Defendant's Motion to Partially Dismiss Plaintiff's Complaint (Dkt. #5) and agree as follows:

1. Defendant filed its Motion to Partially Dismiss Plaintiff's Complaint on November 21, 2022. Plaintiff's Response deadline to file her Response is currently set for December 5, 2022.

2. Plaintiff's attorney is a solo practitioner and due to a heavy caseload as well as other scheduling conflicts, the Parties have agreed to allow Plaintiff additional time to file her response to Defendant's Motion.

3. Accordingly, the Parties stipulate and agree that the deadline for Plaintiff to file a response to Defendant's Motion to Partially Dismiss Plaintiff's Complaint should be extended from December 5, 2022 to January 4, 2023.

4. The Parties further stipulate and agree that Defendant will thereafter have until January 18, 2023 to file their Reply Brief.

5. A trial date has not yet been set in this matter and no other deadlines are affected by this stipulation.

6. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated: December 1, 2022

By:   /s/ Jeffrey Gronich, Esq.
Jeffrey Gronich, Esq. (#13136)
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave, Suite 109
Las Vegas, NV 89104

*Attorneys for Plaintiff*

Dated: December 1, 2022

By:   /s/ Kelsey E. Stegall, Esq.
Roger L. Grandgennett, Esq. (#6323)
Kelsey E. Stegall, Esq. (#14279)
Littler Mendelson, P.C.
3960 Howard Hughes Pkwy., Suite 300
Las Vegas, NV 89169

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this   5   day of December, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT