Roger L. Grandgenett II
Nevada Bar No. 6323
Kelsey E. Stegall
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, # 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Email: rgrandgenett@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
ABSOLUTE DENTAL GROUP, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| KATHY SEVERSON,<br><br>    Plaintiff,<br><br>v.<br><br>ABSOLUTE DENTAL GROUP, LLC.;<br>EMPLOYEE(S) / AGENT(S) DOES 1-10; and<br>ROE CORPORATIONS 11-20, inclusive,<br><br>    Defendant. | Case No. 2:22-cv-01916-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
|---|---|

Plaintiff KATHY SEVERSON ("Plaintiff"), and Defendant ABSOLUTE DENTAL GROUP, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear her or its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: July 10, 2023

Respectfully submitted,

/s/ Jeffrey Gronich
JEFFREY GRONICH, ESQ.
JEFFREY GRONICH, ATTORNEY AT LAW, P.C.

Attorney for Plaintiff
KATHY SEVERSON

Dated: July 10, 2023

Respectfully

ROGER L. GRANDGENETT, II, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ABSOLUTE DENTALGROUP, LLC

**ORDER**

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

_____
UNITED STATES DISTRICT COURT

Dated: _____July 10, 2023_____, 2023.